**STATE of Missouri, Respondent,**

v.

**Frederick D. BOWEN, Appellant.**

**No. WD 53462.**

Missouri Court of Appeals,
Western District.

Jan. 13, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1998.

Application to Transfer Denied April 21, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

---

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Frederick Bowen appeals the circuit court's judgment convicting him of first degree burglary. We affirm. Rule 30.25(b).